MARY C. KEYSER, MELLEY K. MEREDITH, and her husband, WILLIAM M. MEREDITH, v. THE CITY OF PENSACOLA, a Municipal Corporation.

30 So. (2nd) 547             January Term, 1947
April 29, 1947                  Special Division A
Rehearing denied May 19, 1947

Affirmed.

### JACK C. CLARK v. STATE OF FLORIDA

30 So. (2nd) 547             January Term, 1947
May 2, 1947                     En Banc

Affirmed.

### JAMES W. WOLFE v. ELLENORE WOLFE

30 So. (2nd) 547             January Term, 1947
May 6, 1947                    Division B

Affirmed.

### E. N. BEASLEY and wife, EVA BEASLEY, v. H. H. THOMAS

30 So. (2nd) 547             Jaunary Term, 1947
May 6, 1947                  Special Division A
Rehearing denied May 30, 1947

Affirmed.

OSCAR LOWE v. STATE OF FLORIDA, *ex rel.*, CLYDE H. WILSON, etc., et al.

30 So. (2nd) 547             January Term, 1947
May 13, 1947                Special Division B

Affirmed.

HENRY L. COBB, as Administrator of the Estate of Bulah Mae Cobb, Deceased, v. A. E. COBB, as Administrator of the Estate of James Elbert Cobb, also known as James E. Cobb and as J. E. Cobb, deceased.

30 So. (2nd) 548             January Term, 1947
May 16, 1947                Special Division B
Rehearing denied June 3, 1947

Affirmed.